UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:19-CV-00129-FDW

STEPHANIE ANN LINARES,

       Plaintiff,

  v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,[1]

       Defendant.

ORDER

THIS MATTER is before the Court on Plaintiff Stephanie Ann Linares' Motion for Attorney's Fees. (Doc. No. 25). Upon stipulation of the parties, it is hereby ordered that Defendant will pay Plaintiff $6,600 in attorney's fees in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Martin, Jones, & Piemonte, in accordance with Plaintiff's assignment to his attorney of the right to payment of attorney's fees under the Equal Access to Justice Act.

    IT IS SO ORDERED.

Signed: July 29, 2021

Frank D. Whitney
United States District Judge

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Andrew Saul as the defendant. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1